No. 89–6044. COLLIER v. EVANS ET AL., 493 U. S. 1047. Petition for rehearing denied.

No. 88–6580. PORTWOOD, AKA TUCKER, ET AL. v. UNITED STATES, 490 U. S. 1069;

No. 89–5819. HOLMES v. HORTON, WARDEN, ET AL., 493 U. S. 996; and

No. 89–6118. ALSTON v. LEEKE, COMMISSIONER, SOUTH CAROLINA DEPARTMENT OF CORRECTIONS, ET AL., 493 U. S. 1034. Motions for leave to file petitions for rehearing denied.

MARCH 28, 1990

No. A–650. CLINTON, GOVERNOR OF ARKANSAS, ET AL. v. JEFFERS ET AL. D. C. E. D. Ark. Application for stay pending appeal, addressed to THE CHIEF JUSTICE and referred to the Court, denied.